# IN THE UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# JACKSONVILLE DIVISION

AVA ELECTRIS CANNIE aka EVA HELENE CANNIE

Aka EVA ELECTRIS CANNIE

Petitioner/Defendant                               Removal from the 1st District Court of Appeals FL

Vs                                                            DCA Case No: 1D19-3258

WILMINGTON SAVINGS FUND SOCIETY FSB et. Al         L.T. Case No: 2017-CA-1094

A Delaware Corporation

Respondent/Plaintiff


NOTICE OF **REMOVAL** FROM THE FIRST DISTRICT COURT OF APPEALS FLORIDA

TO BE SENT TO THE UNITED STATES COURT OF APPEALS FOR THE 11TH CIRCUIT


Petitioner/Defendant Ava Electris Cannie hereby provides notice pursuant to 28 USC 1441, 1446, 11332(a)(1) and 1331 that she is removing from the 1st District Court of Appeal Florida DCA Case 1DA 1D19-3258 and from the Lower Tribune Circuit Court of the 4th Judicial Circuit In and For Duval County Case 2017-CA-1094; …. to the United States Court of Appeal for the 11th Circuit and to the United States District Court Middle District of Florida Jacksonville Division and states as follows:

1. On December 28, 2017, December 5, 2018 and June 20, 2019 the Duval Circuit Court adjudicated me incompetent to proceed and sent me to Florida State Hospital claiming I meet the criteria for FS 916.13 Exhibit A
2. Wilmington petitioned the court in DCA case 1D19-3258 to appoint me counsel ad litem since I was adjudged incompetent to proceed. The 1st District Court never did. Exhibit B
3. Instead on May 13, 2020 the 1st District Court of Appeal Florida said I could no longer file pro-se motions, pleadings or petitions in the 1st District Court of Appeals or open any cases or finish what I had already filed and that I had to hire an attorney despite that I was incompetent and indigent. Exhibit C
4. The Supreme Court of Florida said they did not have jurisdiction to rule on this unconstitutional Order of the 1st District Court of Appeal signed May 13, 2020. Exhibit D

5. The 1st District Court of Appeal of Florida and the Supreme Court of Florida violated my Constitutional rights for Access to the Court.. ( to the 1st District Court of Appeal Florida) which is a requirement of the FL Const. Article 1 Section 21 Access to the Court and Due Process Article 1 Section 9. Exhibit E
6. The 1st District Court of Appeal of Florida and the Supreme Court of Florida also violated my rights to the Court per the US Constitution Article 1V Section 2 Clause 1 Access to the Courts. Exhibit F
7. Petitioner/Defendant is looking for fairness and cannot get it at the 1st District Court of Appeals as just described why.
8. Petitioner/Defendant is looking for fairness and cannot get it at the Duval County Courthouse either cause Judge Soud held a trial without me in case 2017CA-1094 on July 18, 2019 and denied my request for a continuance when I was at Florida State Hospital on that July 18, 2019 date and adjudged incompetent. Exhibit G
9. Rule 2.550 (a) (3) calendar conflicts holds that criminal cases get priority over civil cases and a criminal case 2014 CF 9599 had sent me to Florida State Hospital. So the criminal case which sent me to FS Hospital got priority. But Judge Soud ignored that. Also when a defendant is adjudged incompetent to proceed, all cases are to be stayed. Judge Soud ignored that too.
10. Because of Judge Soud's unfairness in case 2017CA-1094 and Duval Court, a Petition for Prohibition to Remove the Judge from the case was filed in the 1st District Court of Appeal against the unfair Judge Soud 1D19-3258.
11. Petitioner/Defendant would like a fair Petition for Prohibition to remove this unconscionable Judge and the 1st District Court of Appeal denied me time to retain an attorney, Exhibit H, plus denied me access to the court to represent myself Exhibit C, claiming I filed the same thing over and over, which is actually not true. Also they don't like my hand writing but the hospital makes little to no access to a computer. I have many matters before the court all different: from my house, to my Pet Foundation -Fancy Pet Foundation, Inc., to my magazine company cases Country Club Concierge Magazine, Inc, to suits against employees of the company for stealing, to the alleged criminal case for adding employees on to the company credit card and for using my own company credit card which is not even a crime. ETC. All different.

Wherefore in compliance with US Code 1441 section 1332(a) this case is over $75,000 and the citizens are from different states (Delaware and Florida) and section 1331 where my Florida Constitutional rights are being violated by the 1st District Court of Appeal for denying me Access to the Court, guaranteed by the FL Const. Article 1 Section 21 Access to the Court and Section 9 Due process; and the 1st District Court of Appeal Denied me my US Constitutional rights via Article 1V Section 2 Clause 1 Access to the Court, I therefore in the pursuit of justice request to be removed from this harsh situation at the 1st District Court of Appeal Florida 1D19-3258 and the Duval County Court House Case 2017-CA-1094 over to the US District Court Middle District of Florida Jacksonville Division and up to the US Court of Appeal for the 11th Circuit in Atlanta Georgia.

Respectfully

/S/ Ava Electris Cannie

12959 Hunt club Road N

Jacksonville Florida 32224

904 223-0204                                                   904 718-8865 cell

avaelectris@comcast.net        evahcannie@comcast.net        avaelectriscannie@gmail.com

## Certificate of Service

I hereby certify a true copy was sent to David Rosenberg of Robertson, Anschutz & Schneid PL, 6409 Congress Ave Suite 100 Boca Raton, Florida 33487 via drosenberg@rasflaw.com this Tuesday December 1, 2020.

/S/ Ava Electris Cannie